**Opinion issued April 16, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00049-CV

————————————

**BOBBY STORY, Appellant**

**V.**

**JON L. GROSSMAN AND SUN PACKING, INC., Appellees**

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Case No. 2012-43614

**MEMORANDUM OPINION**

Appellant Bobby Story filed a First Amended Motion to Dismiss Appeal, requesting that we "dismiss this appeal."[1] No cross appeal has been filed, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1).

In his certificate of conference, Appellant states that he attempted to confer with Appellees Jon L. Grossman and Sun Packing, Inc. regarding the relief requested in the motion, but was unable to get a response. More than ten days have passed, and no party has expressed opposition to Appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

We grant Appellant's amended motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

---

[1] Appellant acknowledged that in his original motion to dismiss, he "inadvertently included language inapplicable to this case." On March 14, 2024, the Court denied that motion without prejudice to refiling a motion that is compliant. *See* TEX. R. APP. P. 42.1(a)(2)(B).